| | | |
|---|---|---|
| Demario Covington, | ) | C/A No. 1:12-2271-SB-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Larry Turner; Jamie Seals; Vincent R. | ) | |
| Flamini; Dan Blake; Delta Powers; | ) | |
| James Battle, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

  This is a civil action filed by a federal prisoner confined at a local detention center. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the undersigned United States Magistrate Judge.

  In an order filed case on August 16, 2012, the undersigned directed Plaintiff to bring this case into "proper form" by submitting an amended complaint, a motion for leave to proceed *in forma pauperis*, a summons, and Forms USM-285. Plaintiff has done so.

## PAYMENT OF THE FILING FEE:

  By filing this case, Plaintiff has incurred a debt to the United States of America in the amount of $350. *See* 28 U.S.C. § 1914. This debt is not dischargeable in the event that Plaintiff seeks relief under the bankruptcy provisions of the United States Code. *See* 11 U.S.C. § 523(a)(17). A prisoner is permitted to file a civil action without prepayment of fees or security therefor under 28 U.S.C. § 1915. Plaintiff has submitted motion for leave to proceed *in forma pauperis*. A review of the motion reveals that Plaintiff does not have the funds to prepay the filing fee. Plaintiff's motion for leave to proceed *in forma pauperis* [Entry #2] is **granted**.

## TO THE CLERK OF COURT:

  This case is subject to summary dismissal based on an initial screening conducted pursuant to 28 U.S.C. §1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall **_not_** issue the summons or forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

November 14, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge